IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

PAUL VOLLMER and MARILYN VOLLMER, on
behalf of themselves and all others similarly
situated,

                                Plaintiffs,            Case No.:   6:20-cv-06979-CJS-MWP

v.

XEROX CORPORATION,
PLAN ADMINISTRATOR COMMITTEE,
XEROX MEDICAL CARE PLAN FOR RETIRED
EMPLOYEES, XEROX DENTAL CARE PLAN,
and XEROX CORPORATION 1986 ENHANCED
EARLY RETIREMENT PROGRAM,

                                Defendants.

_____

**PLAINTIFFS' NOTICE OF MOTION FOR (1) PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT AGREEMENT AND PLAN OF ALLOCATION,
(2) APPROVAL OF CLASS NOTICE, AND (3) ORDER SETTING DATE FOR FINAL
FAIRNESS HEARING**

      PLEASE TAKE NOTICE that, upon

- Plaintiffs' Brief in Support of Motion for (1) Preliminary Approval of Class
  Action Settlement Agreement and Plan of Allocation, (2) Approval of Class
  Notice and (3) Order Setting Date for Final Fairness Hearing; and

- All prior proceedings and pleadings in this matter,

Plaintiffs Paul Vollmer and Marilyn Vollmer, by and through their undersigned counsel, will move

this Court at a date and time to be determined by the Court, before the Hon. Charles J. Siragusa,

United States District Judge, in the United States Courthouse located at 100 State Street, Rochester,

New York, for an Order pursuant to Fed. R. Civ. P. 23(e), to (1) preliminarily approve the

Settlement Agreement and proposed Plan of Allocation as to the Class certified by this Court on

July 26, 2022; (2) approve the Class Notice; and (3) schedule a hearing on the fairness of the Settlement Agreement.

The parties executed a Settlement Agreement and Release ("Settlement Agreement") attached as Exhibit 1 to the Brief in support of this Motion, that includes a proposed Plan of Allocation, attached separately as Exhibit D to the Settlement Agreement, and have agreed on a Class Notice, attached separately as Exhibit 2 to the Brief in Support of this Motion and as Exhibit A to the Settlement Agreement.

Defendants do not oppose this motion.

A proposed Order is filed herewith.

Dated: June 15, 2023                    Respectfully submitted,


**FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**

By:     s/Tybe A. Brett, Esq.
        Tybe A. Brett, Esquire
        Joel R. Hurt, Esquire
        429 Fourth Avenue
        Law & Finance Building, Suite 1300
        Pittsburgh, PA  15219
        (412) 281-8400 (Tel)
        tbrett@fdpklaw.com
        jhurt@fdpklaw.com

**RUPP PFALZGRAF LLC**

        David R. Pfalzgraf, Jr., Esq.
        Matthew D. Miller, Esq.
        1600 Liberty Building
        424 Main St.
        Buffalo, NY  14202
        (716) 854-3400 (Tel)
        miller@ruppfalzgraf.com
        pfalzgraf@ruppfalzgraf.com

        Attorneys for Plaintiffs