IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PAUL VOLLMER and MARILYN VOLLMER, on behalf of themselves and all others similarly situated,

       Plaintiffs,  Case No.: 6:20-cv-06979-CJS-MWP

v.

XEROX CORPORATION,
PLAN ADMINISTRATOR COMMITTEE,
XEROX MEDICAL CARE PLAN FOR RETIRED EMPLOYEES, XEROX DENTAL CARE PLAN, and XEROX CORPORATION 1986 ENHANCED EARLY RETIREMENT PROGRAM,

       Defendants.

---

**PLAINTIFFS' NOTICE OF MOTION FOR ORDER OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**

  PLEASE TAKE NOTICE that, upon Plaintiffs' Brief in Support of Motion FOR Order of Final Approval of Class Action Settlement Agreement and all prior proceedings and pleadings in this matter, Plaintiffs Paul Vollmer and Marilyn Vollmer, by and through their undersigned counsel, will move this Court on October 19, 2023 at 11:00 a.m. before the Hon. Charles J. Siragusa, United States District Judge, in the United States Courthouse located at 100 State Street, Rochester, New York, for an Order pursuant to Fed. R. Civ. P. 23(e) granting final approval of the class action Settlement Agreement and Plan of Allocation, filed on June 15, 2023 (Doc. 70-2).

  Defendants do not oppose this motion.

A proposed Order is filed herewith.

Dated: October 4, 2023  Respectfully submitted,

**FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**

By:   s/Tybe A. Brett, Esq.
Tybe A. Brett, Esquire
Joel R. Hurt, Esquire
429 Fourth Avenue
Law & Finance Building, Suite 1300
Pittsburgh, PA  15219
(412) 281-8400 (Tel)
tbrett@fdpklaw.com
jhurt@fdpklaw.com

**RUPP PFALZGRAF LLC**

David R. Pfalzgraf, Jr., Esq.
Matthew D. Miller, Esq.
1600 Liberty Building
424 Main St.
Buffalo, NY  14202
(716) 854-3400 (Tel)
miller@rupppfalzgraf.com
pfalzgraf@rupppfalzgraf.com

Attorneys for Plaintiffs